UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KURTIS M WILLIAMS,

    PETITIONER,

-vs-                                Case No. 1:16-cv-00133-WTH-EMT

JULIE L JONES,

    RESPONDENT.
_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 13, 2017. (Doc. 21). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner moved for an extension of time to file objections, Doc. 22, but before the Court could act on the motion, Petitioner timely filed objections at Doc. 23. Accordingly, the motion for an extension of time is denied as moot. I have made a *de novo* review of the Report and Recommendation based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation, Doc. 21, is adopted and incorporated by reference in this order.

2. Petitioner's motion for an extension of time to file objections, Doc. 22, is **DENIED** as moot.

3. The clerk is directed to enter the following judgment: "Respondent's Motion to Dismiss, Doc. 12, is **GRANTED**. Petitioner's petition for writ of habeas corpus, Doc. 1, is **DISMISSED WITH PREJUDICE** as untimely filed. A certificate of appealability is **DENIED**."

4. The clerk is directed to close the file.

IT IS SO ORDERED.

DONE and ORDERED at Gainesville, Florida this 13th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE